# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

SADRICK BEVARD JOHNSON      §
     §
v.      §      CIVIL ACTION NO. 3:26-CV-0792-S-BW
     §
TEXAS RANGERS      §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, this case will be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and follow court orders.

**SO ORDERED.**

SIGNED June 18, 2026.

_____
**UNITED STATES DISTRICT JUDGE**